IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROY D. MORGAN,

       Plaintiff,

vs.                                        Case No. 4:07cv412-SPM

AMERICAN CREDIT AND
COLLECTIONS LLC,

       Defendant.

_____/

## ORDER SETTING ASIDE ENTRY OF DEFAULT

This cause comes before the Court upon "Defendant's Amended Agreed Motion To Vacate Default and Quash Service and Incorporated Memorandum of Law in Support" (doc. 17).[1] Defendant argues that service of process on Francis B. Jolly did not constitute proper service in accordance with Federal Civil Procedure Rule 4(h)(1). Plaintiff agrees. The parties have agreed that the entry of default should be set aside and the Defendant shall file a responsive pleading to Plaintiff's complaint within 10 days of this order.

---

[1] Defendant refers to Federal Civil Procedure Rules 55c)) and 60(b). However, because no default judgment was entered by the Court, only Rule 55(c) applies. This motion will be construed as a motion to set aside the Clerk's entry of default

Accordingly, it is hereby ORDERED AND ADJUDGED that Defendant's Motion to Set Aside Defaults and Supporting Memorandum of Law (doc. 17) is **granted**. Defendant's response shall be filed on or before **February 17, 2009.**

DONE AND ORDERED this fifth day of February, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge